IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 OCT 31  PM 4: 17

| | | |
|---|---|---|
| APRIL BALCOMBE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-16-CV-0945-LY |
| | § | |
| TRAVIS COUNTY, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order, the court granted Defendant Travis County's motion for summary judgment and dismissed Plaintiff April Balcombe's claims with prejudice. As nothing remains in this cause for resolution, the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS ORDERED** that **SUMMARY JUDGMENT IS RENDERED IN FAVOR** of Defendant Travis County and that Plaintiff April Balcombe **TAKE NOTHING** by this action.

**IT IS FURTHER ORDERED** that Defendant Travis County is awarded its costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this __31st__ day of October, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE